COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-07-194-CR

                                                
       

RANDAL LOUIS GREER                                                        APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

               FROM THE 355TH
DISTRICT COURT OF HOOD COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered the appellant=s AMotion
To Withdraw Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                                                                                                                                           PER
CURIAM

 

 

PANEL D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: November 15, 2007                                                    











[1]See Tex. R. App. P. 47.4.